UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 25-2458 PA (SKx) | Date | September 15, 2026 |
| Title | Kara Francis v. C.R. England, Inc. et al | | |

| | |
|---|---|
| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE |

| | | |
|---|---|---|
| Kamilla Sali-Suleyman | Not Reported | N/A |
| Deputy Clerk | Court Reporter | Tape No. |

| | |
|---|---|
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None | None |

**Proceedings:** **Order to Show Cause Re: Dismissal For Lack Of Prosecution**

On October 17, 2025, the Court issued an Order granting the parties' Joint Stipulation to Arbitration. The Order states, "If the arbitration is not completed by April 15, 2026, the parties shall file a Joint Status Report beginning on that date and continuing every four months until the arbitration is completed. Failure to file the required joint status report may, without further warning, result in dismissal of this action without prejudice." (Docket No. 21.) The parties filed their first Joint Status Report on April 15, 2026. In the Report, the parties explained that the arbitration remained pending and confirmed that they were "in process of scheduling an Arbitration Management Conference to set arbitration hearing dates and deadlines." (Docket No. 23.) However, the parties have not filed the second Joint Status Report by the required date.

The Court therefore orders the parties to show cause in writing on or before **September 28, 2026**, why this action should not be dismissed for lack of prosecution or failure to comply with the Court's orders. Pursuant to Rule 78 of the Federal Rules of Civil Procedure, the Court finds that this matter is appropriate for submission without oral argument. The Order to Show Cause will stand submitted upon the filing of the parties' response(s). Failure to timely or adequately respond to this Order may result in the imposition of sanctions, including but not limited to dismissal of this action.

IT IS SO ORDERED.